PENNSYLVANIA MANUFACTURERS' ASSOCIATION INSURANCE COMPANY, A CORPORATION, PLAINTIFF-APPELLANT, v. GOVERNMENT EMPLOYEES INSURANCE COMPANY (GEICO), A CORPORATION, DEFENDANT-RESPONDENT, AND DAVID ROMBERGER, DEFENDANT.

Argued November 8, 1976—Decided February 28, 1977.

*Mr. Alan R. Schmoll* argued the cause for appellant (*Messrs. Capehart & Scatchard,* attorneys).

*Mr. Roy D. Cummins* argued the cause for respondent.

*Messrs. Moss, Powell & Powers* submitted a brief on behalf of *amicus curiae* New Jersey Defense Association (*Mr. William R. Powers, Jr.* on the brief).

PER CURIAM. The judgment is affirmed substantially for the reasons expressed in the opinion of the Appellate Division.

*For affirmance* — Chief Justice HUGHES, Justices MOUNTAIN, SULLIVAN, PASHMAN, CLIFFORD and SCHREIBER and Judge CONFORD — 7.

*For reversal* — None.